| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) M. DANTON  C. Date of Delivery 2/1/16 |
| 1. Article Addressed to:<br><br>Darrin C. Lavine<br>2170 W. State Road 434<br>Suite 260<br>Longwood, FL 32750 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>4:15cv671 #21<br><br>3. Service Type<br>☒ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 1200 0000 6236 2082 |

PS Form 3811, July 2013 — Domestic Return Receipt

*FILED FEB 5 - 2016, Clerk, U.S. District Court, Texas Eastern*