**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DARRIN C. LAVINE, TRUSTEE** § <br> **TWM PROPERTIES, PRO SE,** § <br> § <br> Plaintiff, § <br> § **CIVIL ACTION NO. 4:15-cv-00671** <br> v. § **(Judge Clark/Judge Johnson)** <br> § <br> **ARGENT MORTGAGE COMPANY, LLC,** § <br> **U.S. BANK, NA, AS TRUSTEE IN INTEREST** § <br> **TO BANK OF AMERICA, N.A., AS** § <br> **SUCCESSOR BY MERGER TO LASALLE** § <br> **BANK, N.A., AS TRUSTEE FOR** § <br> **CERTIFICATEHOLDERS OF BEAR** § <br> **STEARNS ASSET BACKED SECURITIES I** § <br> **LLC, ASSET-BACKED CERTIFICATES** § <br> **SERIES 2007-AQ1, EMC MORTGAGE** § <br> **CORP., LASALLE BANK, N.A.,** § <br> **MORTGAGEELECTRONIC** § <br> **REGISTRATION SYSTEMS,** § <br> **JPMORGAN CHASE BANK, NA, BANK OF** § <br> **AMERICA, N.A.,** § <br> § <br> **Defendants.** § | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE FOR WANT OF PROSECUTION

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 29, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's claims should be dismissed without prejudice for want of prosecution and closed on the court's docket with all costs to be borne by the party incurring same.

1

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, this case is dismissed without prejudice for want of prosecution. The matter is closed on the court's docket, and all costs shall be borne by the party incurring same.

So **ORDERED** and **SIGNED** this **30** day of **September, 2016.**

_____
Ron Clark, United States District Judge